IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

CIVIL NO. 2:04CV160

| | |
|---|---|
| ROBERT M. HOWARD, and PEGGY T. HOWARD, )<br>)<br>)<br>Plaintiffs, )<br>)<br>Vs. )<br>_____ )<br>AMERICAN AUTOMOBILE INSURANCE )<br>COMPANY, )<br>)<br>Defendant. )<br>_____ ) | **J U D G M E N T** |

For the reasons set forth in the Memorandum of Opinion filed herewith,

**IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED** that the Plaintiffs have and recover of the Defendant the sum of **SIX HUNDRED, SEVENTY-ONE THOUSAND, SEVEN HUNDRED ELEVEN DOLLARS AND FORTY-SEVEN CENTS ($671,711.47)** in satisfaction of its duty owing under the Plaintiffs' homeowner's insurance policy.

**Signed: December 2, 2005**

Lacy H. Thornburg
United States District Judge